**GRANTED.**

*[Signature: Thomas A. Wiseman Jr.]*

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| REMEDPAR, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 3 09 0807 |
| ) | Judge Wiseman |
| v. ) | Magistrate Judge Bryant |
| ) | |
| ALLPARTS MEDICAL, LLC and ) | |
| ) | |
| THOMAS CAMACHO, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO FILE REPLY TO REMEDPAR'S RESPONSE TO ALLPART'S MOTION TO DISMISS

The defendant, AllParts Medical, LLC, ("AllParts") respectfully moves, pursuant to Local Rule 7.01(b), to file a reply to the response filed by the plaintiff, ReMedPar, Inc., ("ReMedPar") (Docket Entry No. 35) to AllPart's motion to dismiss (Docket Entry No. 31) and supporting memorandum (Docket Entry No. 32).

As grounds for this motion, AllParts states that legal issues raised by ReMedPar require further clarification and, in particular, that the cases relied upon by ReMedPar to support its arguments weigh <u>in favor</u> of granting AllParts' motion to dismiss. AllParts respectfully submits that its proposed reply brief, which is attached hereto as **Exhibit A**, will assist the Court in resolving the legal issues presented by the motion to dismiss and response.

WHEREFORE, AllParts requests that the Court grant leave to file the attached proposed reply to the response filed by the plaintiff, ReMedPar, Inc., to AllPart's motion to dismiss and supporting memorandum.

1